**FIRST DIVISION**
**BARNES, P. J.,**
**GOBEIL and PIPKIN, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**December 9, 2025**

# In the Court of Appeals of Georgia

A24A0313. L'OREAL USA, INC. et al. v. BURROUGHS.

A24A0314. STRENGTH OF NATURE GLOBAL, LLC v. BURROUGHS.

GOBEIL, Judge.

In *Burroughs v. Strength of Nature Global, LLC*, ___ Ga. ___ (2025), S24G1387, S24G1388, slip op. at 14-20 (2) (Ga. Oct. 15, 2025) (2025 WL 2918923), the Supreme Court of Georgia reversed Division 1 (a) of our opinion in *L'Oreal USA Inc. et al. v. Burroughs*, 372 Ga. App. 30, 33-38 (1) (a) (903 SE2d 740) (2024). Accordingly, we vacate Division 1 (a) of our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's denial of the defendants' motion to dismiss. Divisions 1 (b), 1 (c), and 2 of our opinion were not affected by the Supreme Court's

decision and thus remain in effect. See *Shadix v. Carroll County*, 274 Ga. 560, 563-564 (1) (554 SE2d 465) (2001).

*Judgment affirmed. Barnes, P. J., and Pipkin, J., concur.*